UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAWK TECHNOLOGY SYSTEMS, LLC,

    Plaintiff,                                      Case No. 15-13917

                                                        Paul D. Borman
v.                                                      United States District Judge

THE COMMERCIAL GROUP, INC,
d/b/a GREAT LAKES OUTDOOR SUPPLY CO.,

    Defendant.
_____/

ORDER REQUIRING DISCLOSURE OF THE IDENTITY AND RESIDENCY OF EACH
MEMBER OF PLAINTIFF HAWK TECHNOLOGY SYSTEMS, LLC

      The Court hereby Orders the Plaintiff Hawk Technology Systems, LLC to submit to the Court, within fourteen (14) days of this Order, the identity and residency of each member of Hawk Technology Systems, LLC.  In the event that any member is a partnership or a Limited Liability Company, the Defendant shall further identify the individual members of those entities.

      IT IS SO ORDERED.


                                                     s/Paul D. Borman
                                                     PAUL D. BORMAN
                                                     UNITED STATES DISTRICT JUDGE

Dated:  November 18, 2015

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 18, 2015.

                                            s/Deborah Tofil
                                            Case Manager